UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RYAN CARROLL,

    Petitioner,

v.

J. A. BURNHART, et al.,

    Respondents.

Case No. 20-cv-07530-JD

**ORDER OF DISMISSAL**

Petitioner, a federal prisoner in Illinois, has filed petition pursuant to 28 U.S.C. § 2241. Petitioner was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was allowed twenty-eight days to either pay the fee or file a proper application with all the required documents. More than twenty-eight days has passed and petitioner has not paid the fee or filed a complete application to proceed IFP. The case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: January 20, 2021

JAMES DONATO
United States District Judge